UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

In re: Chapter 11

The Yanko Group LLC, Case No. 26-74022-las

Debtor.

--------------------------------------------------------------------x

The Yanko Group LLC, Adv. Pro No. 26-08124-las

Plaintiff,

-against-

Plon Realty Corp.,

Defendant.

--------------------------------------------------------------------x

**DECLARATION OF SERVICE**

Savanna Sierra declares under the penalties of perjury pursuant to 28 U.S.C §1746:

On October 16, 2026, I caused to be served true and correct copies of the attached documents via regular mail by depositing true copies thereof, enclosed in postage-paid wrappers, into an official depository under the exclusive care and custody of the United States Postal Service, addressed to each of the persons listed on the attached service list:

- Complaint by The Yanko Group LLC against Plon Realty Corp. [ECF # 1]
- Summons [ECF # 2]

Dated: New York, New York
October 16, 2026

Savanna Sierra
Savanna Sierra

Plon Realty Corp.
349 Amsterdam Ave.
New York, NY 10024
Attn: Dr. Orlando Llorente

Day Pitney LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Attn: Alan Ruiz, Esq.

Day Pitney LLP
396 Alhambra Circle, North Tower, 14th Floor
Miami, FL 33134
Attn: Amanda G. Gomez, Esq.